1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    CENTRAL DISTRICT OF CALIFORNIA
7
8    JACK HOIDA and LYNN HOIDA,          Case No. 8:18-cv-02045-AG-KES
9                                        **ORDER GRANTING
                   Plaintiffs,           STIPULATION TO DISMISS
10                                       CASE**
11         v.

12   FORD MOTOR COMPANY; TUTTLE-
     CLICK CAPISTRANO FORD; and
13   DOES 1 through 10, inclusive,

14                 Defendants.

15
16
17
18        Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P.

19   41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation.

20   Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties

21   and claims. The Clerk of Court shall terminate the case.

22

23        **IT IS SO ORDERED**

24
     Dated:  May 23, 2019
25                                       _____
26                                              United States District Judge
27
28

                                    - 1 -